Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
for the

District of **Northern**
Division **Alabama**

Cynthia Robinson

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Baptist Princeton Hospital
Birmingham Family Wellness

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☐ Yes   ☐ No

2:17-cv-00779-AKK

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Cynthia Robinson
Street Address: 3 Royal Coach Circle
City and County: Bessemer, AL
State and Zip Code: Alabama 35020
Telephone Number: 205 495 9756
E-mail Address:

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1
- Name: Baptist Princeton formerly known (Various Providers of Care (physicians, agents
- Job or Title (if known):
- Street Address: *701 Princeton Ave SW
- City and County: Birmingham, AL
- State and Zip Code: Alabama 35211
- Telephone Number: 205 783-3000
- E-mail Address (if known):

Defendant No. 2
- Name: *701 Princeton Ave. SW Anjanetta Foster's Birmingham Family Wellness
- Job or Title (if known):
- Street Address: 652 Lomb Ave.
- City and County: Birmingham
- State and Zip Code: Alabama 35211
- Telephone Number: 205 783-9877
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, *(name)* __Cynthia Robinson__, is a citizen of the State of *(name)* __Alabama__.

2. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation
   The defendant, *(name)* __Baptist Princeton__, is incorporated under the laws of the State of *(name)* __Alabama__, and has its principal place of business in the State of *(name)* __Alabama__.
   Or is incorporated under the laws of *(foreign nation)* _____,
   and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

__Including Damages__

Page 3 of 5

### III. Statement of Claim

*Brief Summary which does not include entire Complaint*

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On (date) **May 27, 2015**, at (place) **Baptist Princeton**,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

Named defendants as well as others yet to be discovered failed to provide/promote a Continum of Care for Leonard M. Robinson. Failure in the System of Communication between providers

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

The omission/failure despite Mr. Leonard Robinson previous hospital admissions and doctor (outpatient) visits, that resulted in Mr. Leonard Robinson passing away May 27, 2015. If Mr. Robinson or Spouse had been informed sooner than May 2015

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

admission. Mr. Robinson's right to seek treatment regarding his specific health was affected. Therefore, his rights to a Quality life were disallowed.

Mr. Robinson had also raised an issue regarding feeling safe in the facility as well.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/11/2017

Signature of Plaintiff: *Cynthia Robinson*

Printed Name of Plaintiff: Cynthia Robinson

### B. For Attorneys

Date of signing: 

Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Street Address: 
State and Zip Code: 
Telephone Number: 
E-mail Address: 

Defendants Birmingham Family Wellness under the laws of Alabama principally in the state of Alabama

This letter accompanies the included complaint to request for time to secure proper representation of the matter. The timeline regarding the ability to establish the complaint approached very quickly.

Respectfully  *Cynthia Robinson*
5/11/2017